Louis KILLEEN, Respondent, v. THE PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present— Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

JAMES A. McGRAW, Respondent, v. GEORGE SELKIS and Another, Appellants, and IRVING J. McGRAW and Others, Defendants.— Motion for reargument denied, with ten dollars costs. (See Wood v. Morehouse, 45 N. Y. 368, 375; Olcott v. Robinson, 21 id. 150; Market Nat. Bank v. Pacific Nat. Bank, 89 id. 397, 400; Cortland Savings Bank v. Lighthall, 53 Misc. 426.) Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur; Rhodes, J., dissents.

In the Matter of the Claim of WILLIAM ROSENTHAL, Respondent, against THE PRUDENTIAL INSURANCE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of WILLIAM WHALEN, Respondent, against R. HOE & COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of COMMISSIONER OF TAXATION AND FINANCE and the STATE TREASURER Arising Out of the Death of ALBERT LeBLANC, Respondents, against BEARDS ERIE BASIN, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of HARRY HUNTLEY, Respondent, against DEXTER FOLDER COMPANY, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of EDWARD MANY, Respondent, against WILLIAM A. BRADFORD and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award affirmed, with costs to the State Industrial Board. Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; Crapser, J., dissents and votes to reverse the award and to dismiss the claim.

In the Matter of the Claim of ADELINE PROCTOR, Respondent, against NAZARENE CONGREGATIONAL CHURCH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.